John F. Koester, d/b/a Paxton Concrete Products, Plaintiff-Appellant, v. Huron Development Company, an Illinois Corporation, et al., Defendants-Appellees.

Gen. No. 10,364.

Third District.

October 18, 1961.

Allen & Korkowski, of Rantoul, for appellant; Wheat, Hatch & Corazza, of Champaign, for Huron Development Company and Western Surety Company, appellees. Opinion of JUDGE REYNOLDS. Not to be published in full.